**EXHIBIT A**

**William S. Gannon PLLC**
740 Chestnut Street
Manchester, NH 03104
603-621-0833
Federal Tax I.D. No. 26-0042390

---

*Invoice submitted to:*
Quick Serve, LLC, d/b/a Beach Plum

Attn: Robert Lee, Sole Member and Manager
P.O. Box 4656
Portsmouth, NH 03802

January 8, 2025

In Reference To: Chap. 11, Sub V Reorganization - Post-Petition

Invoice # 17806

### Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/31/2024 | WSG | Email(s) from Nevers with Operating Guidelines (.1); Several telephone conference(s) with Lee (1.0); Telephone call(s) to/from Sartori (.15); | 1.25 | 656.25 |
| 8/1/2024 | WSG | Several telephone conference(s) with Lee (.6); Email(s) to Lee re payroll (.1); Telephone conference(s) with Steven Shadallah, counsel to Nancy Lee (.2); | 0.90 | 472.50 |
| 8/2/2024 | WSG | Long telephone conference(s) with Elisa Sartori re working on case, telephone call(s) to Sarah Youngclaus, Lee's CPA (.7); Several telephone conference(s) with Lee (1.3); | 2.00 | 1,050.00 |
|  | BV | Telephone conference(s) with client re DREF, email(s) to JAK re same (.25); Download Court Label Matrix, email(s) to/from Sartori (.3); | 0.55 | 96.25 |
| 8/3/2024 | WSG | Telephone conference(s) with Lee; | 0.25 | 131.25 |
| 8/4/2024 | WSG | Telephone conference(s) with Lee; | 0.20 | 105.00 |
| 8/5/2024 | WSG | Email(s) from Rourke re insurance, forward to Nevers (.1); Work with Sartori on cash collateral budget (.5); Telephone conference(s) with Lee (.3); | 0.90 | 472.50 |
|  | JAK | Time spent on DREF, mail to Court (.5); Email(s) to Lee with UST Operating Guidelines (.25); | 0.75 | 90.00 |
| 8/6/2024 | WSG | Emails to/from and telephone conference(s) with Lee and insurance brokers regarding coverage (.5); Draft Objection to UST M/Dismiss, mark exhibits (2.4); Telephone conference(s) with JAK re Declaration re Financial Documents, draft Insert for M/Extend Time (.25); Review updated projections for cash collateral budget, several email(s) | 3.70 | 1,942.50 |

Quick Serve, LLC, d/b/a Beach Plum                                                                                     Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | re same (.5);<br>Email(s) from Potkonjak re scheduling IDI (.05); |  |  |
| 8/6/2024 | JAK | Finalize Objection to UST M/Dismiss and exhibits, telephone conference(s) with WSG, file with Court (1.25);<br>Review Scheduling Order, telephone conference(s) with WSG re same and re Declaration re Financial Documents, finalize M/Extend Time and proposed Order and file with Court, set up template for Declaration and send to WSG (1.2); | 2.45 | 294.00 |
| 8/7/2024 | WSG | Work on cash collateral and budget, numerous email(s) to/from Sartori and Lee re same (2.25);<br>Telephone conference(s) with Shadallah re marital case (.3);<br>Telephone conference(s) with Kanakis re foreclosure, telephone conference(s) with Lee (.3); | 2.85 | 1,496.25 |
| 8/8/2024 | WSG | Drafting on first day motions re payroll, utilities, retain counsel and retain financial consultant  (4.25);<br>Drafting on emergency cash collateral motion (3.2);<br>Time spent on reinstatement of LLC, travel to/from NH SOS offices (2.0);<br>Time spent on preparation for IDI, telephone conference(s) with Lee (.8); | 10.25 | 5,381.25 |
|  | JAK | Time spent on Notice of Filing of Financial Documents, email(s) to/from Sartori, telephone conference(s) with WSG, file with Court, prepare DREF and send to Lee re same (1.5);<br>Review Operating Guidelines and excerpt IDI materials, email(s) to Lee and Sartori re same, telephone conference(s) with Sartori re same, telephone conference(s) with WSG re same (2.05);<br>Time spent on cash collateral pleadings, discussion with WSG re service of same (.75); | 4.30 | 516.00 |
| 8/9/2024 | WSG | Review M/Redact and proposed Order (.2);<br>Email(s) to/from Sartori re admin escrow, email(s) to Dirsa, Shear and LaMontagne re same (.5);<br>Email(s) from to Honor Heath re Eversource (.1);<br>Telephone conference(s) with Tamposi (.25);<br>Telephone conference(s) with Lee (.3); | 1.35 | 708.75 |
|  | JAK | Time spent on re-filing financial documents, review filings, draft Ex Parte M/Redact and proposed Order, email(s) to/from and telephone conference(s) with WSG, file with Court; | 2.00 | 240.00 |
| 8/11/2024 | WSG | Email(s) from Lee with 6 months of bank statements and UST Questionnaire, telephone conference(s) with Lee; | 0.35 | 183.75 |
| 8/12/2024 | MMV | Time spent on service list and labels for cash collateral motion; | 0.35 | 42.00 |
|  | WSG | Finalize M/Use Cash Collateral, budget and proposed Order (5.7);<br>Telephone conference(s) with Ballard (.2);<br>Telephone conference(s) with Lee (.3); | 6.20 | 3,255.00 |

Quick Serve, LLC, d/b/a Beach Plum                                                                                         Page    3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/12/2024 | JAK | Time spent on Emergency M/Use Cash Collateral, exhibits, proposed order and service lists for same, time spent on service; | 8.00 | 960.00 |
| 8/13/2024 | WSG | Prepare for IDI, telephone conference(s) with Lee, attend telephonic IDI with UST (2.5);<br>Drafting on Notice of Bankruptcy Case, email(s) to Lee re same (.6);<br>Draft M/Extend Time to File Schedules and SoFA, email(s) to/from Dirsa and LaMontagne re same (.3);<br>Email(s) from/to and telephone conference(s) with Ballard re Enterprise Bank (.4);<br>Email(s) from/to and telephone conference(s) with Sartori re domain names (.15);<br>Telephone conference(s) with Lee (.7);<br>Telephone conference(s) with Tamposi (.2);<br>Telephone call(s) from Lee Gillen (.1); | 4.95 | 2,598.75 |
|  | JAK | Finalize Notice of Bankruptcy Case, file and serve (.5);<br>Finalize M/Extend Date to File Schedules, file with Court (.4);<br>Email(s) from Court, draft Notice of Hearing on emergency cash collateral motion, file and serve (3.0); | 3.90 | 468.00 |
| 8/14/2024 | MMV | Review email(s) re plan strategy (.25);<br>Review email(s) re employment application, time spent on same (.25); | 0.50 | 60.00 |
|  | WSG | Telephone conference(s) with Ballard re reorganization plan, telephone call(s) to Kanakis re same (1.0);<br>Telephone conference(s) with Lee re valuation of assets (.2);<br>Telephone conference(s) with Tamposi re representation (.3);<br>Email(s) to Kanakis, Ballard, McCormack and Sartori with pertinent documents (.25);<br>Email(s) to Lee re Plan (.1);<br>Email(s) from/to Sartori re 2-day Operating Report (.35);<br>Telephone conference(s) with Potkonjak (.25); | 2.45 | 1,286.25 |
|  | JAK | Time spent on Sartori employment application and attendant pleadings, email(s) to/from WSG re same (2.0);<br>Draft Supplemental Notice of Bankruptcy Case, file and serve (.5); | 2.50 | 300.00 |
| 8/15/2024 | MMV | Review client questionnaire, work on preparation of Schedules and SoFA, email(s) from/to and telephone conference(s) with WSG re same, email(s) from/to and telephone conference(s) with Sartori re same email(s) to Lee re same; | 4.25 | 510.00 |
|  | WSG | Telephone conference(s) with Sartori (.2);<br>Conference call(s) with Sartori, Kanakis, McCormack, Ballard (.5);<br>Email(s) to Lee with status report, telephone conference(s) with Lee (.25);<br>Time spent on WSG employment application (1.4);<br>Conference call(s) with Sartori and MV (.25);<br>Telephone conference(s) with Ballard (.15) | 2.75 | 1,443.75 |

Quick Serve, LLC, d/b/a Beach Plum                                                                                              Page    4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/15/2024 | JAK | Time spent on revised Sartori employment application, email(s) to/from Sartori, email(s) to/from WSG, finalize and file with Court (2.0);<br>Time spent on WSG employment application, email(s) to/from WSG (1.2); | 3.20 | 384.00 |
| 8/16/2024 | WSG | Discussion with creditors' counsels re cash collateral and lien priorities, long email(s) re same (6.0);<br>Long email(s) to Lee and Sartori re telephone conference(s) with counsel, cash collateral hearing, equipment values (1.5);<br>Long telephone conference(s) with Lee (.45);<br>Telephone conference(s) with St. Jean, appraiser, telephone conference(s) with Lee (.4) | 8.35 | 4,383.75 |
| 8/17/2024 | WSG | Review articles on equipment values, email(s) to Lee re same, long telephone conference(s) with Lee (.9);<br>Email(s) to Lee and Sartori re adequate protection payments (.1); | 1.00 | 525.00 |
| 8/18/2024 | WSG | Email(s) from Lee with attachments re equipment values; | 0.25 | 131.25 |
| 8/19/2024 | WSG | Review Enterprise Objection to M/Use Cash Collateral (.25);<br>Drafting on proposed Interim Order for cash collateral motion, telephone conference(s) with and email(s) to/from pertinent counsel re same, revise same (2.75);<br>Time spent on valuation of equipment, several telephone conference(s) and email(s) re same, draft Declaration and Offer of Proof Regarding Value of Equipment (2.2);<br>Telephone conference(s) with Wanda Borges, counsel to Native Main Produce, email(s) from Borges re same (.4);<br>Telephone conference(s) with Lee, telephone conference(s) with Sartori (.3); | 5.90 | 3,097.50 |
| 8/20/2024 | WSG | Travel to/from Concord, attend USBC hearing on cash collateral (3.5);<br>Drafting on revised proposed Interim Order re cash collateral, circulate to counsel (.6);<br>Telephone conference(s) with Andrew Tenzer, Landlord counsel re cure amount and payment, email(s) from/to Tenzer (.2);<br>Telephone conference(s) with Lee re NCR holding cash and payment delay, email(s) to/from and telephone conference(s) with NCR re same (.6);<br>Telephone conference(s) with Tamposi (.25); | 5.15 | 2,703.75 |
|  | JAK | Time spent on Notice of Filed Exhibits and exhibits for same, finalize and file with Court (.4);<br>Time spent on Application to Employ WSG, file with Court (.75); | 1.15 | 138.00 |
| 8/21/2024 | WSG | Email(s) to Lee and Sartori re NCR status (.1);<br>Several telephone conference(s) with Lee (.75);<br>Telephone conference(s) with Sartori (.2);<br>Email(s) to Tenzer (.05);<br>Email(s) from/to McCormack re cash collateral (.1);<br>Email(s) from/to counsel re adequate protection payments, telephone | 1.90 | 997.50 |

Quick Serve, LLC, d/b/a Beach Plum          Page   5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | conference(s) with Ballard (.6); Email(s) to Macchione (.1); | | |
| 8/21/2024 | JAK | Draft and file Notice of Hearing on WSG employment (.5); Discussion with WSG re continued cash collateral hearing, time spent on arranging CourtCall (.4) | 0.90 | 108.00 |
| 8/22/2024 | WSG | Email(s) to/from counsel, drafting on revised Interim Order, telephone conference(s) with Ballard and EB re Interim Order, redraft Interim Order (1.55); Email(s) from Mike Fontaine re testifying at divorce hearing (.1); Telephone conference(s) with Lee re NCR (.15); Email(s) from/to Tenzer, Landlord counsel, with proposed Order and budget (.4); Email(s) to Lee, Sartori and Tamposi re lease assumption/assignment (.35); | 2.55 | 1,338.75 |
| 8/23/2024 | WSG | Finalize revised proposed Interim Order (.25); Attend telephonic continued hearing on cash collateral, telephone conference(s) with Lee, telephone conference(s) with Sartori (.75) Email(s) from Sartori re preferential transfers (.1); Telephone conference(s) with Deshaies (.15); Telephone conference(s) with Fontaine (.25); | 1.50 | 787.50 |
| | JAK | Email(s) from WSG with final revised proposed Interim Order, finalize and file with Court; | 0.60 | 72.00 |
| 8/26/2024 | WSG | Email(s) to Tenzer re rent payment (.05); Email(s) to Lee with to do list (.05); | 0.10 | 52.50 |
| | JAK | Email(s) to Lee and Sartori with executed Cash Collateral Interim Order (.1); Several telephone conference(s) with Lee (.5); | 0.60 | 72.00 |
| 8/27/2024 | MMV | Review email(s), organize details and create spreadsheets re asset values, work on preparation of Schedules and SoFA, email(s) to/from WSG and Sartori re same; | 5.00 | 600.00 |
| | WSG | Drafting on Status Report (.6); Time spent on Schedules and SOFA with Lee and MV (.75); Work with Sartori on financial model for Plan (.5); Several email(s) re 505 BET tax (.25); Research re executory contracts and unexpired leases (.7); Email(s) from Lee with Salem landlord suit (.25); | 3.05 | 1,601.25 |
| 8/28/2024 | MMV | Time spent on Schedules and SoFA, telephone conference(s) with WSG, telephone conference(s) with Lee, email(s) to/from WSG, Lee and Sartori, preparation of spreadsheets and analysis of secured creditors and security; | 13.20 | 1,584.00 |
| | WSG | Telephone conference(s) with Lee, conference call(s) with Lee and MV re Schedules; | 0.45 | 236.25 |

Quick Serve, LLC, d/b/a Beach Plum                                                                          Page      6

|            |     |                                                                                                                                                                                                                                                                                   | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 8/28/2024  | JAK | Discussion with WSG re Status Report, time spent on finalizing, filing with Court and service of same;                                                                                                                                                                             | 1.20  | 144.00   |
| 8/29/2024  | MMV | Work on Schedules and SoFA, telephone conference(s) with and email(s) from/to WSG, Lee and Sartori;                                                                                                                                                                                | 2.10  | 252.00   |
|            | WSG | Time spent on Schedules with MV (1.0);<br>Email(s) to Fontaine and Shadallah with update (.1);<br>Email(s) to/from pertinent counsel and Lee re landlord matter (.3);<br>Telephone conference(s) with Lee (.2);<br>Email(s) from Lee re DIP accounts (.1);                          | 1.70  | 892.50   |
| 8/30/2024  | WSG | Email(s) from and telephone conference(s) with Lee re BET returns;                                                                                                                                                                                                                | 0.35  | 183.75   |
| 9/1/2024   | MMV | Time spent on Schedules and SoFA, email(s) and texts with client, email(s) with WSG and Sartori, revise same;                                                                                                                                                                     | 3.25  | 390.00   |
| 9/2/2024   | MMV | Time spent on Schedules and SoFA, email(s) and texts with client, email(s) with WSG and Sartori,                                                                                                                                                                                  | 3.35  | 402.00   |
| 9/3/2024   | MMV | Finalize Schedules and SoFA (7.5);<br>Time spent on 20 Largest Creditors (1.2);                                                                                                                                                                                                   | 8.70  | 1,044.00 |
|            | WSG | Time spent on Schedules and SoFA, email(s) to/from Lee re same, review final submission (3.0);<br>Begin drafting on Plan (2.75);                                                                                                                                                  | 5.75  | 3,018.75 |
| 9/4/2024   | MMV | Review of Schedules re Amendments, file Verification of Matrix, telephone conference(s) with Court, review of documentation;                                                                                                                                                      | 2.10  | 252.00   |
|            | WSG | Long telephone conference(s) with and several email(s) to Lee re various issues, conference call(s) with Lee and MV (1.8);<br>Email(s) from/to Ballard re Operating Account (.2);<br>Several email(s) to/from counsel re lease assumption and cure (.5);<br>Email(s) from Shear with 341 Meeting Declaration (.1); | 2.60  | 1,365.00 |
| 9/5/2024   | MMV | Email(s) with WSG and Sartori, telephone call(s) and texts to Lee re income and expense statement, download filed pleadings, email(s) with Sartori re financial statement;                                                                                                         | 1.10  | 132.00   |
|            | WSG | Time spent on Plan projections, email(s) to/from Sartori (3.5);<br>Long telephone conference(s) with Lee re Plan alternatives (1.0);                                                                                                                                              | 4.50  | 2,362.50 |
| 9/6/2024   | MMV | Telephone conference(s) with WSG, work on Plan Exhibit A, analysis of unsecured priority claims, prepare Schedule E re same;                                                                                                                                                       | 3.80  | 456.00   |
|            | WSG | Time spent on cash projections, long email(s) to Lee and Sartori re same, conference call with Lee and Sartori (3.0);<br>Email(s) to MV re Plan Exhibit A (.25);<br>Telephone conference(s) with Tenzer (.2);                                                                      | 3.45  | 1,811.25 |

Quick Serve, LLC, d/b/a Beach Plum                                                                                           Page     7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/7/2024 | WSG | Email(s) to Lee and Sartori re Plan projections and rent cure, send amortization schedule for rent cure loan; | 0.35 | 183.75 |
| 9/8/2024 | WSG | Email(s) from Sartori, Lee with updated long-term budget; | 0.25 | 131.25 |
| 9/9/2024 | MMV | Telephone conference(s) with Lee re DREF, prepare same and send to Lee, telephone conference(s) with Lee re adequate protection payments, send Order re same; | 2.10 | 252.00 |
|  | WSG | Attend telephonic 341 meeting (2.5);<br>Draft interest provision for lease assumption, email(s) to Lee and Sartori re same (.55);<br>Telephone conference(s) with Breuer, Acme Funding counsel (.3);<br>Telephone conference(s) with Lee (.25); | 3.60 | 1,890.00 |
| 9/10/2024 | JAK | Redact, scan and file Operating Report; | 0.50 | 60.00 |
|  | MMV | Telephone conference(s) with WSG and Sartori re financial forecast workbooks, prepare same for meeting with secured creditors' counsel, telephone conference(s) with Lee re meeting and details of workbooks, review pleadings, attend Zoom meeting, create summary of meeting and send to WSG and Sartori; | 6.50 | 780.00 |
|  | WSG | Telephone conference(s) with Lee, review updated projections (.4);<br>Zoom meeting with secured creditors' counsel, Lee and Sartori (1.0); | 1.40 | 735.00 |
| 9/11/2024 | JAK | Time spent on arranging CourtCall for today's hearings; | 0.40 | 48.00 |
|  | MMV | Case management, email(s) and telephone conference(s) with WSG, Lee and Sartori; | 2.70 | 324.00 |
|  | WSG | Attend telephonic status hearing and WSG employment application (.5);<br>Email(s) to/from Tenzer re lease assumption motion, projections (.75);<br>Time spent on projections, email(s) with Sartori (2.0);<br>Email(s) to Fontaine, Shadallah and Feinman with update (.1); | 3.35 | 1,758.75 |
| 9/12/2024 | MMV | Time spent on insurance issue with Trustee, time spent on cash collateral, general file management; | 2.70 | 324.00 |
|  | WSG | Email(s) to Lee and Sartori with status report (.6);<br>Telephone conference(s) with Lee re amount due Landlord (.25);<br>Telephone conference(s) with and email(s) to Lee re need to find counsel for 2800 Lafayette (.25);<br>Email(s) from Lee with Rock Acquisition suit, email(s) to Tamposi with same (.25);<br>Revise Sartori employment application, email(s) to Sartori with same (1.2);<br>Email(s) to Shear, Sartori and secured creditors' counsel re insurance (.1); | 2.65 | 1,391.25 |
| 9/13/2024 | MMV | Time spent on M/Use Cash Collateral and budget; | 1.80 | 216.00 |

Quick Serve, LLC, d/b/a Beach Plum                                                                                                        Page    8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/13/2024 | WSG | Time spent on M/Use Cash Collateral and budget (1.8);<br>Email(s) from Lee with NH Dept of Revenue POA (.05);<br>Several email(s) from insurance agent (.1);<br>Email(s) from Shear re M/Use Cash Collateral (.05);<br>Email(s) from Mary Born, Rewards Network re their claim with attachments (.25);<br>Telephone conference(s) with Lee (.5);<br>Telephone conference(s) with Tamposi (.3);<br> Telephone conference(s) with Kanakis (.15);<br>Long telephone conference(s) with Deshaies (1.0);<br>Telephone conference(s) with Sartori (.25); | 4.45 | 2,336.25 |
| 9/16/2024 | MMV | Time spent on M/Use Cash Collateral, email(s) and telephone conference(s) re same, serve same; time spent on Borges M/Admit; research re insurance policies, email(s) to Lee; telephone conference(s) with Lee re missing DREF; | 5.60 | 672.00 |
|  | WSG | Time spent on M/Use Cash Collateral and budget, numerous email(s) re same (4.2);<br>Telephone conference(s) with Tenzer (.25);<br>Telephone conference(s) with Sartori (.15); | 4.60 | 2,415.00 |
| 9/17/2024 | MMV | Time spent on Borges admission pleadings; process DREF; review financial documents, compare with Schedules, consider Amendments, time spent on service; | 2.30 | 276.00 |
|  | WSG | Email(s) from Sartori with draft financial reports (.4);<br>Telephone conference(s) with Lee (.2); | 0.60 | 315.00 |
| 9/18/2024 | MMV | Further review of financial's and email(s) re same; email(s) to/from Sartori re possible updates/amendments to Plan; email(s) to/from Lee; general case management; | 1.30 | 156.00 |
|  | WSG | Review revised financial reports, telephone conference(s) with Sartori re same (.45);<br>Email(s) from Ballard re appraisal, telephone conference(s) with Ballard (.2);<br>Review and approve Borges pro hac vice pleadings (.25);<br>Telephone call(s) to Deshaies, lvmm (.1); | 1.00 | 525.00 |
| 9/19/2024 | MMV | Finalize and file Borges M/Admit; | 0.50 | 60.00 |
|  | WSG | Review correspondence from Shadallah with M/Ex Parte Relief Order in marital case, telephone call(s) to Shadallah (.35);<br>Email(s) from/to Feinman, long telephone conference(s) with Feinman (.55);<br>Telephone conference(s) with Lee (.25);<br>Telephone conference(s) with Deshaies (.2);<br>Email(s) to/from St. Jean re appraisal (.25); | 1.60 | 840.00 |
| 9/20/2024 | WSG | Email(s) to/from St. Jean re appraisal (.15);<br>Email(s) to Tenzer re Lease cure (.1);<br>Review UST Objection to M/Use Cash Collateral, email(s) to Lee re | 1.05 | 551.25 |

Quick Serve, LLC, d/b/a Beach Plum  Page 9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | same (.3);<br>Email(s) to Shear with draft Operating Report (.1);<br>Draft Lease Cure Term Sheet (.4); | | |
| 9/23/2024 | MMV | Review of email(s) and pleadings; general case management; | 0.75 | 90.00 |
| | WSG | Telephone conference(s) with Sartori re Enterprise pre-petition bank account, telephone conference(s) with Lee re same, telephone conference(s) with Shear re same (.75);<br>Draft Term Sheet re rent cure loan, telephone conference(s) with Shear re same (.6); | 1.35 | 708.75 |
| 9/24/2024 | MMV | Prepare Demands for Disgorgement, email(s) re same, review bank statements for pertinent info; | 1.50 | 180.00 |
| | WSG | Email(s) to Sartori re lender withdrawals from Enterprise account (.1);<br>Email(s) from Breuer re Ace Funding, email(s) from Lee re same, long telephone conference(s) with Breuer (.45);<br>Telephone conference(s) with Feinman (.3); | 0.85 | 446.25 |
| 9/25/2024 | MMV | Time spent on revised budgets and cash collateral order; time spent on marital court pleading; send pro hac vice order to Borges; case management; | 2.90 | 348.00 |
| | WSG | Draft Status Report for Lee and Tamposi, conference call(s) with Tamposi and Lee (.5);<br>Travel to/from Concord, attend hearing on status and cash collateral, email(s) from/to Deshaies re same, telephone conference(s) with Sartori re same, revise proposed Order (1.7);<br>Draft M/Permission to Address Court Amicus Curiae (1.0):<br>Email(s) from Fontaine paralegal re testimony at divorce hearing (.1); telephone conference(s) with Feinman (.2);<br>Telephone conference(s) with Lee re NCR (.2);<br>Email(s) from/to Tenzer with proposed Order and budget (.4);<br>Email(s) to secured lenders with P&L (.1); | 4.20 | 2,205.00 |
| 9/26/2024 | MMV | Finalize, file and serve marital court pleading; time spent on loan term sheet; case management; | 2.70 | 324.00 |
| | WSG | Email(s) to counsel re new cash collateral order, time spent on same (1.25);<br>Review revised budget, telephone conference(s) with Lee (.4);<br>Email(s) to Tenzer with revised P&L (.1);<br>Telephone call(s) to Feinman, lvmm (.1); | 1.85 | 971.25 |
| 9/27/2024 | MMV | Time spent on cash collateral order, file same, email(s) to Lee; review Broker 2014 Statement; | 0.60 | 72.00 |
| | WSG | Drafting on amended cash collateral order (1.2);<br>Time spent on cash collateral budget, telephone conference(s) with Sartori, telephone conference(s) with Lee (1.0); | 3.70 | 1,942.50 |

Quick Serve, LLC, d/b/a Beach Plum                                                                                                  Page      10

|            |     |                                                                                                                                                                                                                                         | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/1/2024  | WSG | Drafting on Broker 2014 Statement (1.0);<br>Long telephone conference(s) with Feinman (.5);<br>Drafting on broker application (.75);<br>Email(s) from Ballard re term sheet, email(s) to Lee re same (.2);<br>Email(s) from Breuer re returning Acme funds (.05);<br>Telephone call(s) from/to Tenzer, telephone conference(s) with Lee (.25); | 1.25  | 656.25 |
| 10/2/2024  | JAK | Email(s) to Breuer with wiring instructions (.1);<br>Email(s) to Sartori re Operating Report (.1);                                                                                                                                        | 0.20  | 24.00  |
|            | MMV | Set up template for broker application, review email(s) re same;                                                                                                                                                                         | 0.35  | 42.00  |
|            | WSG | Responding email(s) to Ballard;                                                                                                                                                                                                          | 0.20  | 105.00 |
| 10/3/2024  | MMV | Case management; review email(s) re cure loan term sheet;                                                                                                                                                                                | 0.35  | 42.00  |
|            | WSG | Email(s) from/to Ballard (.1);<br>Telephone conference with Sartori (.25);                                                                                                                                                              | 0.35  | 183.75 |
| 10/5/2024  | WSG | Email(s) to Sartori re discussion with Tenzer;                                                                                                                                                                                           | 0.10  | 52.50  |
| 10/6/2024  | WSG | Email(s) from/to Tenzer re rent, telephone conference(s) with Lee;                                                                                                                                                                       | 0.25  | 131.25 |
| 10/7/2024  | MMV | Review emails and respond, case management;                                                                                                                                                                                              | 0.25  | 30.00  |
| 10/9/2024  | MMV | Time spent on case management;                                                                                                                                                                                                           | 0.35  | 42.00  |
| 10/11/2024 | WSG | Review adjusted income statement, email(s) to Lee and Sartori (.2);<br>Long telephone conference(s) with David Maida, broker, re sale of assets, email(s) to Lee and Sartori re same (.7);                                             | 0.90  | 472.50 |
| 10/14/2024 | MMV | Time spent on ECF and case management; time spent on Proofs of Claim;                                                                                                                                                                    | 0.25  | 30.00  |
|            | WSG | Telephone conference(s) with Lee (.25);<br>Telephone conference(s) with Sartori (.2);                                                                                                                                                   | 0.45  | 236.25 |
| 10/15/2024 | MMV | Review email(s) re cash collateral order;                                                                                                                                                                                                | 0.20  | 24.00  |
|            | WSG | Telephone conference(s) with Lee;                                                                                                                                                                                                        | 0.20  | 105.00 |
| 10/16/2024 | WSG | Long email(s) to/from Lee re various issues of case, telephone conference(s) with Lee (45);<br>Email(s) from Sartori with updated budget to actual's reports, telephone conference(s) with Sartori (.45);<br>Email(s) from Deshaies (.05);<br>Telephone conference(s) with Kanakis (.2); | 1.15  | 603.75 |

Quick Serve, LLC, d/b/a Beach Plum                                                                                   Page    11

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/17/2024 | JAK | Review emails re Operating Report, email(s) and texts to/from Lee re signed Operating Report, email(s) to/from Sartori re same; | 0.25 | 30.00 |
|  | WSG | Telephone conference(s) with St. Jean re appraisal (.2); Telephone conference(s) with Ballard (.25); | 0.45 | 236.25 |
| 10/18/2024 | JAK | Time spent on Operating Report, email(s) to/from Lee, email(s) to/from Sartori, redact and file; | 0.75 | 90.00 |
|  | WSG | Email(s) to Lee re financial projections (.05); | 0.05 | 26.25 |
| 10/21/2024 | WSG | Email(s) from Deshaies re returns (.05); Telephone conference(s) with Sartori (.2); | 0.25 | 131.25 |
| 10/22/2024 | WSG | Time spent on projections, several email(s) to/from and telephone conference(s) with Lee, Sartori re same; | 1.40 | 735.00 |
| 10/23/2024 | WSG | Email(s) from St. Jean with JSJ Auctions appraisal (.5); Several telephone call(s) to Tenzer (.2); Telephone conference(s) with Lee (.15); Telephone conference(s) with Ballard (.15); | 1.00 | 525.00 |
| 10/24/2024 | WSG | Working on Plan and exhibits, numerous email(s) to/from and telephone conference(s) with Lee, Sartori, MV (7.5); Telephone conference(s) with Tenzer (.2); | 7.70 | 4,042.50 |
| 10/25/2024 | MMV | Time spent on Plan, projections and budget; | 7.00 | 840.00 |
|  | WSG | Working on Plan and exhibits, telephone conference(s) with Lee, Sartori, Kanakis, Carissa Murray, Tenzer; | 5.80 | 3,045.00 |
| 10/26/2024 | MMV | Time spent on Plan, exhibits, edit and enter data, email(s) from/to WSG, Sartori and Lee; | 9.20 | 1,104.00 |
|  | WSG | Working on Plan and exhibits; | 0.75 | 393.75 |
| 10/27/2024 | MMV | Time spent on Plan, exhibits and projections; | 4.30 | 516.00 |
|  | WSG | Working on Plan and exhibits; | 1.50 | 787.50 |
| 10/28/2024 | MMV | Time spent on Plan and exhibits, review and edit with Sartori and WSG, file with court, email(s) and telephone calls; | 9.25 | 1,110.00 |
|  | WSG | Finalize Plan and exhibits, numerous email(s) and telephone conference(s) with Lee, Sartori, MV; | 5.25 | 2,756.25 |
| 10/29/2024 | MMV | Time spent on case management; | 0.75 | 90.00 |
|  | WSG | Telephone conference(s) with Tenzer, telephone conference(s) with Lee; | 0.30 | 157.50 |

Quick Serve, LLC, d/b/a Beach Plum                                                                                         Page    12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/30/2024 | MMV | Time spent on Chapter 5 actions; time spent on cash collateral motion; | 5.15 | 618.00 |
|  | WSG | Time spent on Chapter 5 analysis, draft Complaint re same, numerous emails re same (4.5);<br>Email(s) to/from Lee, Sartori and MV re cash collateral (.2);<br>Email(s) to Tenzer with list of proposed Chap. 5 actions (.25); | 4.95 | 2,598.75 |
| 10/31/2024 | MMV | Time spent on cash collateral motion, proposed Order, Notice of Hearing and budget, file with Court; set up spreadsheet for Chapter 5 actions; | 3.45 | 414.00 |
|  | WSG | Time spent on cash collateral and budget (1.8);<br>Email(s) to Shadallah and Feinman with Plan (.1);<br>Telephone conference(s) with Kanakis, Ballard, Lee, Feinman (1.1); | 3.00 | 1,575.00 |
| 11/1/2024 | MMV | Send documents for landlord meeting; time spent on cash collateral motion; discussion with WSG re same; prepare amended notice; file and serve; | 1.75 | 210.00 |
|  | WSG | Draft form Demand for Repayment of Avoidable Transfer (1.0);<br>Telephone conference(s) with Lee, Sartori (.3);<br>Draft Notice of Amended Cash Collateral Order (.35); | 1.65 | 866.25 |
| 11/3/2024 | WSG | Email(s) from Lee with PayPal loan documents; | 0.25 | 131.25 |
| 11/4/2024 | MMV | Time spent on preference actions; re file amended cash collateral order; email(s) to Court re hearing; case management; work on Notice of Hearing for confirmation; | 2.45 | 294.00 |
|  | WSG | Email(s) to/from Tenzer re lease assumption, email(s) to Sartori re same (.25);<br>Email(s) from Sartori re cash on hand (.05);<br>Email(s) from/to Ballard re landlord negotiations (.1); | 0.40 | 210.00 |
| 11/5/2024 | MMV | Time spent on preference actions; | 1.50 | 180.00 |
|  | WSG | Draft Plan Agent and Agency insert for Plan, email(s) to Lee (2.55);<br>Draft Bill of Sale and Assignment (.5); | 3.05 | 1,601.25 |
| 11/6/2024 | MMV | Prepare confirmation documents, email(s) to WSG; | 1.50 | 180.00 |
| 11/7/2024 | MMV | Time spent on PayPal demand and complaint; prepare, file and serve confirmation package; email(s) and telephone conference(s) re same; | 5.00 | 600.00 |
|  | WSG | Email(s) from Shear re MOR and insurance (.1);<br>Email(s) to Kanakis, Ballard re lease (.1);<br>Review Mancini and Sartori email(s) re financial information, telephone conference(s) with and email(s) to Lee re same, telephone call(s) to Sartori (.75);<br>Revise demand letter to PayPal(.6); | 1.55 | 813.75 |

Quick Serve, LLC, d/b/a Beach Plum                                                                       Page    13

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/8/2024 | MMV | Time spent on PayPal preference claim; research re same; prepare summary of potential preference transfers; prepare and serve Ace Funding demand; research re same; telephone conference(s) with WSG re strategy; case management; | 3.25 | 390.00 |
|  | WSG | Time spent on preference claims (.8);<br>Time spent on landlord issues (1.25);<br>Email(s) to Dirsa and LaMontagne with status (.2); | 2.25 | 1,181.25 |
| 11/9/2024 | WSG | Email(s) to/from Sartori re financial info provided to landlord (.2);<br>Email(s) to Sartori and Lee re confidence issue, telephone conference(s) with Lee (.35); | 0.55 | 288.75 |
| 11/10/2024 | WSG | Email(s) to Lee and Sartori; | 0.20 | 105.00 |
| 11/11/2024 | JAK | Email(s) from Lee, telephone conference(s) with WSG, process wire transfer; | 0.50 | 60.00 |
|  | WSG | Email(s) from and telephone conference(s) with Borges re Native Maine claim (.3)<br>Draft Plan insert re Creditors' Trustee and Trust, email(s) to Lee and Sartori (1.1);<br>Email(s) from Mike Lee, counsel to Lee in divorce case, long telephone conference(s) with M Lee (.6);<br>Email(s) from Sartori with revised projections, telephone conference(s) with Sartori (.65);<br>Several telephone conference(s) with Lee (1.2); | 3.85 | 2,021.25 |
| 11/12/2024 | MMV | Review email(s) re lease assumption, treatment of REDC; update Plan language and create project; create spreadsheet re cash collateral orders; | 3.40 | 408.00 |
|  | WSG | Draft proposed Order on Lease Assumption, email(s) to Lee and Sartori, telephone conference(s) with and email(s) from Kanakis with comments to same (1.5);<br>Email(s) to/from Tenzer (.25);<br>Email(s) to Lee with case issues, telephone conference(s) with Lee, telephone conference(s) with Sartori (.45); | 2.20 | 1,155.00 |
| 11/13/2024 | MMV | Provide information and pleadings to Sartori during hearing to assist; | 0.35 | 42.00 |
|  | WSG | Email(s) to Lee re Operating Reports and lease assumption (.2);<br>Email(s) from/to Ballard re Enterprise lien (.1);<br>Attend hearing on cash collateral via video, long telephone conference(s) with Sartori and Lee re same (1.2);<br>Review Pet's Response to amicus curiae motion and Cross M/Relief (.2);<br>Review updated P&L (.25);<br>Email(s) from Lee with POS reports (.25); | 2.20 | 1,155.00 |
| 11/14/2024 | MMV | Review email(s); download POS reports; work on preferential transfer spreadsheet; research of bank statements re same; review Order on cash collateral; prorate budget; | 1.25 | 150.00 |

Quick Serve, LLC, d/b/a Beach Plum                                              Page     14

|            |     |                                                                                                                                                                                                                                                                                              | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/14/2024 | WSG | Email(s) from Sartori (.1); Review Lee email(s) to Sartori re POS reports (.1); Telephone conference(s) with M Lee (.2);                                                                                                                                                                    | 0.40  | 210.00   |
| 11/15/2024 | MMV | Review emails re demand to Ace; review email(s) re reporting, lease assumption; prepare summary of tax returns, email(s) re same;                                                                                                                                                           | 1.40  | 168.00   |
|            | WSG | Several email(s) to/from Lee and Sartori re Tenzer, financial's, cash, projections and proposed lease assumption order, telephone conference(s) with Lee;                                                                                                                                   | 1.60  | 840.00   |
| 11/16/2024 | WSG | Email(s) to/from Lee re open issues, long telephone conference(s) with Lee;                                                                                                                                                                                                                 | 0.95  | 498.75   |
| 11/17/2024 | MMV | Review email(s) re accounting and landlord questions;                                                                                                                                                                                                                                        | 0.35  | 42.00    |
|            | WSG | Numerous email(s) from/to Lee, Sartori re landlord questions and financials, telephone conference(s) with Lee;                                                                                                                                                                              | 1.00  | 525.00   |
| 11/18/2024 | MMV | Time spent on Application to Employ; time spent on 547 claim actions;                                                                                                                                                                                                                        | 9.50  | 1,140.00 |
|            | WSG | Review Tenzer, Sartori email(s) (.2); Telephone conference(s) with Lee (.2);                                                                                                                                                                                                                 | 0.40  | 210.00   |
| 11/19/2024 | JAK | Time spent on Operating Report, redact same and file with Court;                                                                                                                                                                                                                             | 0.50  | 60.00    |
|            | MMV | Set up Project for Amended Plan; review email(s) re same; time spent on 547 demands; create tracking sheet; email(s) to Tenzer;                                                                                                                                                              | 4.75  | 570.00   |
|            | WSG | Email(s) to MV re preferential transfer tracking sheet (.2); Email(s) to Tenzer with proposed lease assumption Order, telephone call(s) to Tenzer (.15); Review Operating Report, email(s) to Lee and Sartori re same (.25); Give testimony in marital case, telephone conference(s) with Lee (.7); | 1.30  | 682.50   |
| 11/20/2024 | MMV | Revise tracking sheet of preference actions; email(s) to Lee requesting information; telephone conference(s) with Lee; email(s) to Sartori; set up PayPal preference complaint.                                                                                                             | 2.50  | 300.00   |
|            | WSG | Email(s) to/from Tenzer re lease assumption, email(s) to Lee and Sartori re same (.35); Telephone conference(s) with Lee re Operating Report and other issues (.25); Revise Complaint against PayPal (.5); Review updated financial reports and comparison and budget (.25);                | 1.35  | 708.75   |
| 11/21/2024 | WSG | Telephone conference(s) with Sartori re payroll (.25); Telephone conference(s) with Lee re payroll defaults and status of landlord discussions, conference call(s) with Lee and Sartori (1.3); Email(s) to and telephone conference(s) with Tenzer re lease assumption (.45); Email(s) from Roth re Plan issues (.2); | 2.20  | 1,155.00 |

Quick Serve, LLC, d/b/a Beach Plum                                                                 Page    15

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/22/2024 | MMV | Work on insurance issue with Trustee; prepare draft motions and affidavits; prepare M/Extend Time to Assume Lease and ex parte motion re same; time spent on Notice of Hearing for same; finalize proposed Orders; prepare exhibits; several email(s) from/to WSG, Lee and Tenzer; further edits, finalize and file all pleadings; | 5.25 | 630.00 |
|  | WSG | Draft ex parte motion re lease assumption and proposed Order, revise (1.85);<br>Draft M/Extend Time re lease assumption motion and proposed Order, revise (3.65);<br>Draft Lee Declaration in support of lease assumption motion (.35);<br>Email(s) to Tenzer with lease pleadings, email(s) from/to Tenzer re extension, telephone conference(s) with Tenzer (.25);<br>Telephone conference(s) with Lee (.25);<br>Review correspondence from Breuer with Ace Funding response to preference demand (.25); | 6.60 | 3,465.00 |
| 11/23/2024 | WSG | Email(s) to and telephone conference(s) with Lee re Plan issues; | 0.55 | 288.75 |
| 11/24/2024 | WSG | Email(s) from Lee responding to questions; | 0.20 | 105.00 |
| 11/25/2024 | MMV | Review information and emails re budgets and expenses; telephone conference(s) with and email(s) to Lee; | 0.60 | 72.00 |
|  | WSG | Email(s) from Lee with further responses to questions posed, telephone conference(s) with Lee, telephone conference(s) with Sartori; | 0.75 | 393.75 |
| 11/26/2024 | MMV | Case management per WSG re preferential transfer claims; download tax documents; review Order granting M/Extend Time, download and email to Lee; | 1.00 | 120.00 |
|  | WSG | Email(s) from and telephone conference(s) with creditors' counsel requesting more time to respond to demand letter; | 0.30 | 157.50 |
| 11/27/2024 | MMV | Time spent on preferential demands; | 0.80 | 96.00 |
|  | WSG | Review updated financial reports (.2);<br>Email(s) from/to Sartori re cash (.1);<br>Telephone conference(s) with Lee (.5);<br>Telephone call(s) to Tenzer, lvmm (.1); | 0.90 | 472.50 |
| 12/2/2024 | MMV | Time spent on cash collateral and budget, email(s) to/from WSG and Sartori; time spent on corrected Notice of Hearing and Certificate of Service, file with Court and serve; | 3.00 | 360.00 |
|  | WSG | Several email(s) to Lee and Sartori re cash collateral budget, telephone conference(s) with Lee, telephone call(s) to Sartori (1.4);<br>Brief telephone conference(s) with Tenzer (.15); | 1.55 | 813.75 |
| 12/3/2024 | MMV | Email(s) and telephone conference(s) with Sartori; | 0.35 | 42.00 |

Quick Serve, LLC, d/b/a Beach Plum                                                           Page   16

|            |     |                                                                                                                                                                                                                                                                                                                                                     | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/3/2024  | WSG | Review NH DRA Objection to confirmation (.2); Email(s) from Sartori re Operating Report issues, telephone conference(s) with Sartori (.6); Review Sartori responses to Shear questions (.1); Several telephone conference(s) with Lee (1.0);                                                                                                        | 1.90  | 997.50   |
| 12/4/2024  | MMV | Time spent on preparation for cash collateral hearing, email(s) to/from Sartori and WSG, review Pacer for objections; prepare M/Extend Time to file objections to Plan and proposed Order;                                                                                                                                                          | 1.50  | 180.00   |
|            | WSG | Email(s) from Sartori with revised projections, telephone conference(s) with Sartori (.45); Travel to/from Concord, NH, attend hearing on cash collateral (1.5); Email(s) from/to Tenzer re settlement proposal, telephone conference(s) with Tenzer (.35); Brief telephone conference(s) with Ballard (.1);                                         | 2.40  | 1,260.00 |
| 12/5/2024  | MMV | Review pleadings and Orders, update schedule of items to complete;                                                                                                                                                                                                                                                                                  | 0.25  | 30.00    |
|            | JAK | Time spent on Operating Report, email(s) to/from Sartori, redact and file with Court;                                                                                                                                                                                                                                                               | 0.50  | 60.00    |
|            | WSG | Email(s) from Shear requesting information;                                                                                                                                                                                                                                                                                                         | 0.10  | 52.50    |
| 12/6/2024  | WSG | Telephone call(s) to Tenzer (.1); Telephone conference(s) with Lee (.2); Telephone conference(s) with Borges (.15);                                                                                                                                                                                                                                 | 0.45  | 236.25   |
| 12/8/2024  | WSG | Email(s) to Lee re rent payment;                                                                                                                                                                                                                                                                                                                    | 0.10  | 52.50    |
| 12/9/2024  | MMV | Review email(s), case management, email(s) to/from Sartori;                                                                                                                                                                                                                                                                                         | 0.35  | 42.00    |
|            | WSG | Telephone conference(s) with Lee;                                                                                                                                                                                                                                                                                                                   | 0.20  | 105.00   |
| 12/10/2024 | WSG | Email(s) from and telephone conference(s) with Tenzer re proposal, several telephone conference(s) with Lee re same (.95); Review correspondence from Foster with Richardson Farms response to preference demand (.15);                                                                                                                             | 1.10  | 577.50   |
| 12/11/2024 | MMV | Work on cash collateral updated budget and case management;                                                                                                                                                                                                                                                                                         | 0.65  | 78.00    |
|            | WSG | Review weekly POS reports, email(s) to/from Lee and Sartori re same (.55); Email(s) from Sartori with responses to UST questions (.25); Email(s) to MV with final, revised budget (.05); Telephone conference(s) with Tenzer (.25); Email(s) to and telephone conference(s) with Lee re landlord termination discussions (.35);                     | 1.45  | 761.25   |
| 12/13/2024 | WSG | Email(s) from Roth;                                                                                                                                                                                                                                                                                                                                 | 0.10  | 52.50    |

Quick Serve, LLC, d/b/a Beach Plum                                                                                              Page    17

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/16/2024 | MMV | Review Order on cash collateral and send to client; | 0.20 | 24.00 |
| 12/17/2024 | WSG | Telephone conference(s) with Lee (.3);<br>Telephone call(s) to Tenzer (.05);<br>Telephone conference(s) with Sartori (.15); | 0.50 | 262.50 |
| 12/18/2024 | WSG | Attend status hearing via Zoom, email(s) to and telephone conference(s) with Tenzer re same (.75);<br>Telephone conference(s) with Sartori (.25);<br>Long email(s) to Lee re lease and conversion, long telephone conference(s) with Lee (.75);<br>Long telephone conference(s) with Feinman (.5); | 2.25 | 1,181.25 |
| 12/19/2024 | WSG | Email(s) from/to Deshaies re tax returns, email(s) to Lee re same; | 0.20 | 105.00 |
| 12/23/2024 | WSG | Telephone call(s) to Lee; | 0.10 | 52.50 |
| 12/26/2024 | WSG | Review Rock Acquisition Objection to Lease Assumption and Confirmation (.25);<br>Telephone conference(s) with Lee (.2); | 0.45 | 236.25 |
| 12/27/2024 | MMV | Case management, download pleadings, read Orders; telephone conference(s) with WSG re proposed Order due, finalize and file with Court; review Operating Reports, email(s) to Sartori re same; | 1.25 | 150.00 |
| 12/30/2024 | WSG | Review correspondence from Roth with DRA response to demand for preferential transfer; | 0.20 | 105.00 |
| 12/31/2024 | WSG | Telephone conference(s) with Lee (.25);<br>Telephone conference(s) with Sartori (.2); | 0.45 | 236.25 |
| 1/3/2025 | WSG | Email(s) from Potkonjak re insurance; | 0.05 | 26.25 |
| 1/5/2025 | WSG | Telephone conference(s) with Lee; | 0.50 | 262.50 |
| 1/6/2025 | MMV | Case management, review email(s) re preference actions, email(s) to WSG; | 0.40 | 48.00 |
| 1/7/2025 | MMV | Case management; prepare draft cash collateral motion; | 0.45 | 54.00 |
|  | WSG | Review UST M/Convert or Dismiss, several email(s) to/from Lee re same, telephone conference(s) with Lee re same (.95);<br>Email(s) to/from Lee re operation of business and cash collateral budget (.6); | 1.55 | 813.75 |
| 1/8/2025 | WSG | Review Lee email(s) re Enterprise guaranty, email(s) to Lee re same (.2);<br>Telephone conference(s) with Sartori (.3);<br>Telephone conference(s) with Lee (.15);<br>Attend hearing on lease and M/Convert, Dismiss (case converted) (.75); | 1.40 | 735.00 |

Quick Serve, LLC, d/b/a Beach Plum                                                               Page     18

|  |  | Hours | Amount |
|---|---|---:|---:|
| | **For professional services rendered** | **429.85** | **$139,355.50** |
| | Additional Charges : | | |
| 8/8/2024 | Out-of-town travel<br>Travel: Concord, NH | | 23.58 |
| 8/9/2024 | E124 Other expenses<br>US Courts Filing Fee | | 28.00 |
| 8/15/2024 | E108 Postage | | 23.10 |
| | E101 Copying | | 41.10 |
| 8/20/2024 | Out-of-town travel<br>Travel: Concord, NH | | 23.58 |
| 8/26/2024 | E124 Other expenses<br>CourtCall | | 24.50 |
| 9/11/2024 | E124 Other expenses<br>CourtCall | | 24.50 |
| 9/12/2024 | E124 Other expenses<br>CourtCall | | 24.50 |
| 9/17/2024 | E108 Postage | | 28.70 |
| 9/25/2024 | Out-of-town travel<br>Travel: Concord, NH | | 23.58 |
| | E124 Other expenses<br>CourtCall | | 30.25 |
| 9/26/2024 | E124 Other expenses<br>CourtCall | | 30.25 |
| 9/30/2024 | E106 Online research | | 20.70 |
| 11/2/2024 | E101 Copying | | 18.00 |
| | E108 Postage | | 20.79 |
| 11/7/2024 | E101 Copying | | 0.20 |
| | E108 Postage | | 0.69 |
| | E108 Postage | | 29.04 |
| | E101 Copying | | 39.30 |
| 11/19/2024 | E101 Copying | | 3.50 |

Quick Serve, LLC, d/b/a Beach Plum                                                                        Page      19

|            |                                          | Amount |
|------------|------------------------------------------|--------|
| 11/19/2024 | E108 Postage                             | 4.83   |
| 11/27/2024 | E101 Copying                             | 0.20   |
|            | E108 Postage                             | 1.38   |
| 12/4/2024  | Out-of-town travel<br>Travel: Concord, NH | 23.58  |
| 12/31/2024 | E106 Online research                     | 7.40   |
|            | **Total costs**                          | **$495.25** |
|            | **Total amount of this bill**            | **$139,850.75** |
|            | Balance due                              | $139,850.75 |

All invoices are due and payable within 30 days from date of the invoice.  Any unpaid balance in excess of 30 days will accrue interest at the rate of 4% p.a. until paid.

**PLEASE NOTE NEW ADDRESS**