## ANNEX 1
## REQUEST FOR FINAL ALLOWANCE OF COMPENSATION AND EXPENSES

APPLICANT: **William S. Gannon, Esquire and William S. Gannon, PLLC**
REPRESENTING: **Quick Serve, LLC**

**FEES:**

| | | |
|---|---|---:|
| 1. | Period of Services for the Entire Case | July 30, 2024 – January 8, 2025 |
| 2. | Total Hours of Service for the Entire Case | 429.88 |
| 3. | Average Hourly Rate for the Entire Case | 324.14 |
| 4. | Total Fee Award Requested for the Entire Case [*For approval based on time and efforts subject to voluntary reduction*] | $139,341.00 |
| 5. | Retainer to be Credited or Already Credited Pursuant to Interim Award(s) | $11,750.00 |
| 6. | Fees Already Paid Pursuant to Interim Award(s) | $0.00 |
| 7. | Net Fee Payment Requested in Final Application [*after voluntary reduction to reflect value to client and expected ability to pay*] | $127,591.00 |
| 8. | Approximate Total Amount of Distribution to All Creditors to Be Made in this Case (e.g., administrative, secured, and unsecured) | Converted to Chapter 7 on January 8, 2025 |

**EXPENSES:**

| | | |
|---|---|---:|
| 1. | Total Expense Reimbursement Requested for Entire Case | $495.25 |
| 2. | Expenses Reimbursed to Date Pursuant to Interim Award(s) | $0.00 |
| 3. | Net Expense Reimbursement Requested in Final Application | $495.25 |
| 4. | Breakdown of Item No. 3 Total: | |
| | a. Travel Expense - $94.32 | |
| | b. Postage - $108.53 | |
| | c. Photocopies (max. 10¢/pg.) - $102.30 | |
| | d. Express Mail/Messenger - $0.00 | |
| | e. Overtime Charges - $0.00 | |
| | f. Other Expenses (Itemize): $190.10 | |
| | Court Calls - $134.00 | |
| | US Courts – $28.00 | |
| | NH Bank Court - $0.00 | |
| | Ava Land Rec. - $0.00 | |
| | Online Research - $28.10 | |

**TOTAL**

| | |
|---|---:|
| **NET TOTAL TO BE PAID** (Add Fees line 7 and Expenses line 3) | **$128,086.25** |