**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| **QUICK SERVE, LLC** | Case No. 24-10518-KB |
| Debtor | |

**ORDER ON**
**FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT**
**OF FEES AND EXPENSES OF GENERAL BANKRUPTCY COUNSEL**

Upon the First and Final Application for Allowance and Payment of Fees and Expenses of Creditors' Committee's Counsel (the "Fee Application") filed by William S. Gannon and William S. Gannon PLLC (the "Applicant") and after having reviewed the pleadings filed in this case to date, having heard the parties on the Fee Application and having found therefrom good and sufficient cause, it is hereby ORDERED, ADJUDGED AND DECREED that:

**1.** Except as otherwise defined in this Order, capitalized words, terms and phrases used in the Fee Application shall have and be given the same meaning herein.

**2.** The Applicant shall be allowed **$139,836.25** (the "Allowed Fees and Expenses") as final compensation for the period of **July 30, 2024** through **January 8, 2025**, which consists of **$139,341.00** for fees and **$495.25** for expenses).

**3.** The Applicant may apply the remainder of Applicant's retainer **$11,750.00** to the Allowed Fees and Expenses.

**4.** The balance of the Allowed Fees and Expenses shall be payable at the conclusion of the Chapter 7 case on a pari passu basis with other creditors holding allowed or approved Chapter 11 administrative expense claims from such funds as may be available therefor after the payment of allowed Chapter 7 administrative expense claims.

     **5.**     This Order shall become effective on the date hereof.

Dated: _____

                                                        Kimberly Bacher  
                                                        Chief Bankruptcy Judge