### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW HAMPSHIRE

In re:                                                              CHAPTER 11

**QUICK SERVE, LLC**                               Case No. 24-10518-KB

      Debtor

### NOTICE OF CONTINGENT HEARING ON
### APPLICATIONS FOR COMPENSATION

The First and Final Application of William S. Gannon and the law firm of William S. Gannon, PLLC, Counsel to Schulte, Inc. for Allowance and Payment of Fees and Expenses of General Counsel, and

The First and Final Application of Elisa M. Sartori, CPA, CIRA and Greenridge Financial Services LLC for Allowance and Payment of Fees and Expenses of Debtor's Business and Financial Consultant

are scheduled for a hearing before the Honor Kimberly Bacher, or any judge that may be sitting in that judge's place, on **March 12, 2025 at 9:00 a.m.**, at either the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below:

**To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.**

**To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below.**

**The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the court's website.**

Summary of The First and Final Application of William S. Gannon and the law firm of William S. Gannon, PLLC, Counsel to Quick Serve, LLC for Allowance and Payment of Fees and Expenses of General Counsel:

| Period | Fees | Expenses | TOTAL |
|---|---|---|---|
| July 30, 2024 – January 8, 2025 | $139,341.00 | $495.25 | $139,836.25 |

Summary of The First and Final Application of Elisa M. Sartori, CPA, CIRA and Greenridge Financial Services LLC for Allowance and Payment of Fees and Expenses of Debtor's Business and Financial Consultant:

| Period | Fees | Expenses | TOTAL |
|---|---|---|---|
| August 2, 2024 – January 15, 2025 | $20,276.25 | $663.68 | $20,939.93 |

**A copy of each application is available upon request to the undersigned.**

**YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the application(s), if attached, carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

If you have no objection to the application(s), no action is required by you. If you do object to the application(s), or if you wish to be heard, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before **March 5, 2025.**

A copy of your objection or response must be mailed or delivered to the undersigned debtor or debtor's attorney at the address set forth below, the case trustee, and the United States Trustee, and a certificate of such action must be filed with the clerk. If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

**If no objections are filed by March 5, 2025 the court may enter an order granting the application(s) for compensation without a hearing.**

Respectfully submitted,

DATED: February 10, 2025

 /s/ William S. Gannon
William S. Gannon, BNH 01222 (NH)

Counsel for

**QUICK SERVE, LLC**

WILLIAM S. GANNON PLLC
740 Chestnut Street
Manchester, NH 03104
PH: 603-621-0833
FX: 603-621-0830
bgannon@gannonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing pleading on each person named below by causing it to be filed electronically via the CM/ECF filing system or mailed by first-class United States Mail, postage pre-paid, or in such other manner as may be indicated:

All persons/entities named on the CM/ECF Electronic Service List – electronically via CM/ECF.

~ and ~

All persons/entities named on the attached Service List.

Dated:  February 10, 2025                          /s/ Mari M. Voisine
                                                   Mari M. Voisine

## QUICK SERVE, LLC – 24-10518
## RECORD LIENHOLDER, APPEARANCE, & CREDITOR SERVICE LIST

| Record Cash Collateral Lienholder | Known Addresses, Telephone Numbers and Case Counsel if Known |
|---|---|
| United States Small Business Administration | Email Address: NHSOSUCCFILINGSV3@CSCGLOBAL.COM [UCC-1]<br>Mailing Addresses: C/O GSECD – PO Box 1491 [UCC-1]<br>                              Portsmouth, NH 03802  [UCC-1]<br><br>Michael McCormack, AUSA<br>United States Attorney's Office<br>53 Pleasant St., 4th Floor<br>Concord, NH 03301<br>Michael.Mccormack2@usdoj |
| Granite State Economic Development Corporation | Attn:  Carissa L. Murray – VP<br>One Cate Street, 3rd Fl.<br>Portsmouth NH  03801<br>CMurray@granitestatedev.com |
| Rockingham Economic Development Corporation | 57 Main St., Raymond, NH 03077<br><br>Mark Kanakis, Esq.<br>Smith-Weiss Shepard & Kanakis PC<br>47 Factory Street<br>Nashua NH  03060<br>mdk@nhlaw-nashua.com |
| Enterprise Bank and Trust Company | 55 Main St.<br>Nashua, NH 03079<br><br>Patricia Ballard, Esq.<br>Preti Flaherty<br>PO Box 1318<br>Concord NH  03302-1318<br>pballard@preti.com |
| CHTD Company | PO Box 2576<br>Springfield IL 62708 |
| NH Department of Revenue Administration | PO Box 454, Concord, NH 03301<br>109 Pleasant St., Concord NH 03302<br><br>Cheryl Deshaies, Esq.,<br>109 Pleasant St., PO Box 457<br>Concord NH  03302-0457<br>Cheryl.C.Dehaies@dra.nh.gov |

| | |
|---|---|
| Ace Funding Source LLC | 366 N. Broadway, Suite 410, Jericho, NY 11753<br><br>Telephone No: 631-319-0685<br>Email: Joshua@fastbusinessfinancial.com<br>Email: info@acefundingllc.com |
| CT Corporations System, Representative | 330 Brand Blvd., Suite 700, Attn: SPRS, Glendale, CA.91203 |
| Appearance for Nancy Lee | Michael B. Feinman, Esq.<br>Feinman Law Offices<br>69 Park Street<br>Andover, MA  01810<br>Email: mbf@feinmanlaw.com |

**QUICK SERVE, LLC - 24-10518**
**20 LARGEST SERVICE LIST**

ACE Funding Source LLC
366 North Broadway, Ste 410
Jericho NY 11753
Joshua@fastbusinessfinancial
.com

Alexandra Todd
26 Birch Lane
Pelham NH 03076

Alyssa McLachlan
16 Sawmill Lane
Hampstead NH 03841

Alyssa Zissi
23 Phillip Road
Derry NH 03038

Anezthy Mirles
686 Huse Road, Apt. 201
Manchester NH 03103

Aram Ozoonian
49 Lupine Road
Andover MA 01810

Arasely De Leon
48 Pleasant St.
Lawrence MA 01843

Austin McHugh
5 Naticook Ave.
Litchfield NH 03052

Crown Uniform & Linen
Service
15 Technology Way
Nashua NH 03060
Invoices@crownuniform.co
m

Donahue Brothers, Inc.
P.O. Box 596
Lawrence MA 01842
Donahue.brothers@comcast.
net

Favorite Foods
29 Interstate Dr.
Somersworth NH 03878
c/o counsel David Azarian, Esq.
dazarian@azarianlaw.net

Ipswich Maritime
P.O. Box 338
Ipswich MA 01938
george@ipswichmaritime.co
m

Liberty Utilities
75 Remittance Dr. #1032
Chicago IL 60675-1032
nhcreditandcollections@liber
tyutilities.com

Native Maine
10 Bradley Dr.
Westbrook ME 04092
deniseb@nativeme.com
and wborges@borgeslawllc.com

Paypal Loan Builder
c/o BillMeLater, Inc.
2211 No. First St.
San Jose CA 95131
customerservice@swiftfinanc
ial.com

Paypal Loan Builder
c/o BillMeLater, Inc.
2211 No. First St.
San Jose CA 95131

Paypal Loan Builder
c/o BillMeLater, Inc.
2211 No. First St.
San Jose CA 95131

Rewards Network
540 W Madison St. #2400
Chicago IL 60661
clientservices@rewardsnetwo
rk.com

TD Bank Business Visa
P.O. Box 100290
Columbia SC 29202-3290

Tuscan South Village, LLC
63 Main St.
Salem NH 03079
mpowers@tuscanvillagsalem
.com and
ATenzer@nutter.com

6